IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| UNITED STATES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO.  06-CR-114-R |
| | ) | 07-CR-023-R |
| JEREMY VAUGHN PINSON, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

### ORDER

Defendant filed in each of his criminal cases an identical Motion to Order Hospitalization of Defendant. Therein he requested that the Court either order the Bureau of Prisons to transfer him to a federal correctional medical facility or reduce his sentence due to assistance he contends that he offered to various federal officials. Following denial of his motion, Defendant appealed to the United States Court of Appeals for the Tenth Circuit, which remanded the case for the Court to consider whether a clerical error was made in the written judgment, in that it did not properly express the Court's actual intent. The Judgment in this case indicates a recommendation for incarceration at FCI Butner. The Court, however, intended to recommend FMC Butner, supported by the transcript, where the Court's recommendation comes at the end of a discussion of Defendant's mental health and his counsel's request for incarceration at a Federal Medical Center. Accordingly, the Court will this same day enter an Amended Judgment indicating the Court's original intention.

IT IS SO ORDERED this 22nd day of December, 2014.

_____
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE